Theodore A. Stephenson and Chester A. Stephenson, etc., Respondents, v. Edward F. Brush, Appellant.— Judgment and order affirmed by default, with costs. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Andrew C. Troy, Respondent, v. Edward G. Acheson, Appellant.— Order reversed on argument, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

David R. Longenecker, Respondent, v. John R. Kuhn and Others, Appellants.— Motion denied. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Elias Oppenheimer, Respondent, v. Albert Abraham, Appellant.— Motion denied. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

M. Cecelia Sherwood, as Trustee under a Certain Trust Deed Executed and Delivered by Watson Sanford to M. Cecelia Sherwood on the 30th day of October, 1906, Appellant, v. Carrie M. Rulon, Respondent.— This motion will be disposed of when the appeal comes up for argument. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Annie Horsman, as Administratrix, etc., of Albert Horsman, Deceased, Respondent, v. Edison Electric Illuminating Company of Brooklyn, Appellant.— Judgment and order affirmed, with costs. No opinion. Hooker, Gaynor, Rich and Miller, JJ., concurred; Hirschberg, P. J., not voting.

Theodore Baker and Others, Appellants, v. Mary E. Duff and John S. Duff, Her Husband, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Louise Blair, Appellant, v. M. McCormack Construction Company, Respondent.— Order reversed, with costs and disbursements, and verdict reinstated. See *Blair* v. *McCormack Construction Co.*, decided herewith (*ante*, p. 30). Woodward, Jenks, Hooker and Miller, JJ., concurred; Hirschberg, P. J., not voting.

Peter J. Cass, Respondent, v. Max. Steiner, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker and Miller, JJ., concurred; Hirschberg, P. J., not voting.